PER CURIAM.
Affirmed. See ITT Community Dev. Corp. v. Barton, 457 F.Supp. 224 (M.D.Fla.1978); City of Miami Beach v. State, 49 So.2d 538 (Fla.1950); Gruder v. Gruder, 433 So.2d 23 (Fla. 4th DCA), pet. for review denied, 438 So.2d 832 (Fla.1983); Ladner v. Plaza Del Prado Condominium Ass’n, 423 So.2d 927, 929 (Fla. 3d DCA 1982), pet. for review denied, 434 So.2d 887 (Fla.1983); Ciliberti v. Ciliberti, 416 So.2d 48 (Fla. 3d DCA 1982) (a complaint for fraudulent conversion was not barred where claim was based on conduct of which plaintiff had no knowledge at time release was executed); Zuckerman v. Professional Writers of Fla., Inc., 398 So.2d 870 (Fla. 4th DCA 1981), pet. for rev. denied, 411 So.2d 385 (Fla.1982); Silverman v. Blaustein, 369 So.2d 86 (Fla. 3d DCA 1979); Northwestern Nat’l Ins. Co. v. Greenspun, 330 So.2d 561 (Fla. 3d DCA 1976); Sottile v. Gaines Constr. Co., 281 So.2d 558 (Fla. 3d DCA 1973), cert. denied, 289 So.2d 737 (Fla. *649 1974); §§ 895.05(6), 812.035(6), Fla.Stat. (1985).